# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re   **Le-Nature's, Inc., et al.,**                    Case No.   **06-25454 (MBM)**
                              Debtor(s)                   Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS[1]

| Registered Name of Holder of Security | Number of Shares | Class of Shares |
|---|---|---|
| George K. Baum Capital Partners, LP<br>4801 Main St., Suite 540<br>Kansas City, MO 64112 | 5,209,541<br>44.30% | Preferred Shares - Series B<br>Type of interest: Ownership |
| | 21,840<br>41.33% | Preferred Shares - Series A<br>Type of interest: Ownership |
| | 50,960<br>16.18% | Common Stock<br>Type of interest: Ownership |
| George K. Baum Employee Equity Fund, LP<br>4801 Main St., Suite 540<br>Kansas City, MO 64112 | 250,459<br>2.13% | Preferred Shares - Series B<br>Type of interest: Ownership |
| | 1,050<br>1.99% | Preferred Shares - Series A<br>Type of interest: Ownership |
| | 2,450<br>0.78% | Common Stock<br>Type of interest: Ownership |
| Gregory Podlucky<br>345 Cobblestone Lane<br>Ligonier, PA 15658 | 200,000<br>63.48% | Common Stock<br>Type of interest: Ownership |
| S.W. Pelham Fund, LP<br>242 Trumbull St.<br>Hartford, CT 06103 | 6,300,008<br>53.57% | Preferred Shares - Series B<br>Type of interest: Ownership |
| and | 26,412<br>49.98% | Preferred Shares - Series A<br>Type of interest: Ownership |
| 1007 Church Street<br>Evanston, IL 60201 | 61,627<br>19.56% | Common Stock<br>Type of interest: Ownership |
| Star Associates<br>1224 W. 61st Street<br>Kansas City, MO 64113 | 204<br>0.00% | Preferred Shares - Series B<br>Type of interest: Ownership |
| | 3,542<br>6.70% | Preferred Shares - Series A<br>Type of interest: Ownership |
| | 2<br>0.00% | Common Stock<br>Type of interest: Ownership |

---

[1] Due to the recent change in management and uncertainty as to the Debtors' books and records, this information is based on available information and the Debtors reserve the right to amend this list as they uncover additional information.