**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| In re | **Le-Nature's, Inc., et al.,** | Case No. | **06-25454 (MBM)** |
|---|---|---|---|
| | Debtor(s) | Chapter | **11** |

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS[1]

Following is the list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Estimated amount of claim |
|---|---|---|
| Manufacturers & Traders Trust Co., as Indenture Trustee for 9% Senior Subordinated Notes due 2013 | One M&T Plaza, 7th Floor<br>Buffalo, NY 14203<br>Attn: Corporate Trust Department | $155,250,000.00 |
| Canusa Hershman | P.O. Box 785216<br>Philadelphia, PA 19178-5216 | $1,345,381.16 |
| Bischof & Klein | Postfach 1160<br>Lengerich, Germany D-49525 | $1,301,905.55 |
| C.H. Robinson Worldwide, Inc. | P.O. Box 9121<br>Minneapolis, MN 55480 | $1,117,783.55 |
| Starpet, Inc. | P.O. Box 32101<br>Charlotte, NC 28232-2101 | $1,071,739.28 |
| Owens Illinois | P.O. Box 91526<br>Chicago, IL 60693 | $664,324.97 |
| CRV | 1000 Winter Street<br>Waltham, MA 02451 | $663,363.00 |
| The CIT Group/EF | File #55603<br>Los Angeles, CA 90074 | $615,478.72 |
| Renaissance Mark, Inc. | Dept. LA 22440<br>Pasadena, CA 91185-2440 | $611,446.60 |
| Davis Gardner Gannon Pope | 2325 East Carson Street, Suite 100<br>Pittsburgh, PA 15203 | $584,637.23 |
| Ross & Christopher Refrigeration & Construction, Inc. | 7828 S. Maple Ave.<br>Fresno, CA 93725 | $583,471.00 |
| Maricopa County Treasurer | 301 West Jefferson, Suite 100<br>Phoenix, AZ 85003 | $408,584.66 |
| Merrill Lynch Capital | 4660 Paysphere Circle<br>Chicago, IL 60674 | $400,236.49 |
| General Press Corp. | 110 Allegheny Drive<br>Natrona Heights, PA 15065<br>Attn.: James V. Wolfe, President | $354,114.28 |
| C&H Distributors, Inc. | 22133 Network Place<br>Chicago, IL 60673-1133 | $306,898.66 |
| Swift Transportation | P.O. Box 643116<br>Cincinnati, OH 45264 | $306,295.69 |

---

[1] Due to the recent change in management and uncertainty as to the Debtors' books and records, this information is based on available information and the Debtors reserve the right to amend this list as they uncover additional information.

**In re**  Le-Nature's, Inc., et al.,      **Case No.**  06-25454 (MBM)
             Debtor(s)      **Chapter**  11

# LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Estimated amount of claim |
|---|---|---|
| PricewaterhouseCoopers | 125 High Street<br>Boston, MA 02111 | $296,620.00 |
| SMI USA Inc. | Department 655, P.O. Box 150473<br>Hartford, CT 06115 | $296,002.54 |
| ORIX Financial Services, Inc. | P.O. Box 7247-0369<br>Philadelphia, PA 19170-0369 | $294,433.55 |
| Arbor Insurance | 1605 N. Cedar Crest Blvd., Suite 410<br>Allentown, PA 18104 | $284,073.40 |
| ADT Security Services | P.O. Box 371967<br>Pittsburgh, PA 15250 | $232,637.91 |
| Menasha | Box 78109<br>Milwaukee, WI 53278 | $209,045.61 |
| AIG Commercial Equipment Finance | Church Street Station, P.O. Box 6344<br>New York, NY 10249-6344 | $209,032.41 |
| PCA | P.O. Box 51584<br>Los Angeles, CA 90051 | $201,226.06 |
| Ingersoll-Rand Co. | P.O. Box 75817<br>Charlotte, NC 28275 | $200,227.32 |
| Exel, Inc. | 4639 Collection Center Drive<br>Chicago, IL 60693 | $198,954.20 |
| Knight Transportation, Inc. | P.O. Box 29897<br>Phoenix, AZ 85038-9897 | $196,883.68 |
| ECM Transport, Inc. | P.O. Box 200426<br>Pittsburgh, PA 15251 | $195,769.84 |
| Creekridge Capital LLC-WELB | NW-8704, P.O. Box 1450<br>Minneapolis, MN 55485-8704 | $192,752.00 |
| Wells Fargo Bank Northwest | Corp. Trust Dept./MAC U1228-120<br>299 S. Main Street<br>Salt Lake City, UT 84111 | $189,787.30 |