IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> LE-NATURE'S, INC., <br><br> Debtor. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 06-25454 (MBM) <br> ) <br> ) |
| In re: <br><br> LE-NATURE'S HOLDINGS, INC., <br><br> Debtor. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 06-25590 (MBM) <br> ) <br> ) |
| In re: <br><br> TEA SYSTEMS INTERNATIONAL, LLC, <br><br> Debtor. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 06-25591 (MBM) <br> ) <br> ) |

**ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE DIRECTING THE
JOINT ADMINISTRATION OF THE CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") seeking entry of an Order pursuant to Bankruptcy Rule 1015(b) directing the joint administration of the Chapter 11 Cases; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of these Chapter 11 Cases in this District is proper under 28 U.S.C. §§ 1408 and 1409; and notice of the Motion and the opportunity for a hearing on the Motion was

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that pursuant to Bankruptcy Rule 1015(b), the above-captioned Chapter 11 Cases are consolidated for procedural proposes only and shall be jointly administered by the Court; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned Chapter 11 Cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>)<br>) | Case No. 06-25454 (MBM) |
| LE-NATURE'S, INC., et al.,[1] )<br>) | Chapter 11 |
| Debtors. )<br>) | Jointly Administered |
| _____, )<br>) | Docket No. ____ |
| Movant, )<br>v. ) | Hearing Date & Time:<br>_____, 2006, __:__ _.m. (EST) |
| _____, )<br>Respondent. ) | Objection Deadline:<br>_____, 2006 |

and it is further

---

[1] The Debtor's are Le-Nature's Inc., Le-Nature's Holdings, Inc. and Tea Systems International, LLC. The exact corporate structure of the Debtors is currently still being investigated. Upon information available at this time, Le-Nature's, Inc. appears to be the parent corporation.

2

ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases commenced by Le-Nature's, Inc. and its debtor affiliates. The case docket in Case No. 06-25454 (MBM) should be consulted for all matters affecting these cases."

and it is further

ORDERED that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that to the extent that any affiliates of the Debtors subsequently commence chapter 11 cases, the relief granted pursuant to this Order shall apply to such debtors and their respective estates; and it is further

ORDERED that given the nature of fraudulent activity that appears to have occurred prior to the Petition Date and the difficulty of obtaining true and correct financial information for the Debtors as a result of such activity, the Debtors shall file monthly operating reports required by the U.S. Trustee's Operating Guidelines on a consolidated basis as soon as practicable; and it is further

ORDERED that the relief granted herein shall be binding upon any chapter 11 trustee appointed in these Chapter 11 Cases, or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these Chapter 11 Cases to cases under chapter 7; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Pittsburgh, Pennsylvania
Dated: November 7, 2006

_____
United States Bankruptcy Judge

FILED

NOV 7 2006

CLERK, U.S. [...]
WEST. DIST. OF PENNSYLVANIA