IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No.06-25454 (MBM) |
| ) | |
| LE-NATURE'S, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firms of Brown Rudnick Berlack Israels LLP and Manion McDonough & Lucas, P.C. hereby enter their appearance as counsel on behalf of an *ad hoc* committee of secured lenders (the "*Ad Hoc* Lenders' Committee") in the above-referenced Chapter 11 bankruptcy cases pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE that the *Ad Hoc* Lenders' Committee hereby requests, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9001 and 9010, Local Bankruptcy Rules 2002-2, and 9010-2 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, documents and pleadings in this case be given and served upon the undersigned at the addresses listed below.

>Edward S. Weisfelner, Esquire
>Robert J. Stark, Esquire
>Andrew Dash, Esquire
>Brown Rukdnick Berlack Israels, LLP
>Seven Times Square
>Times Square Tower
>New York, New York 10036
>Telephone: (212) 209-4800
>Facsimile: (212) 209-4801
>eweisfelner@brownrudnick.com
>rstark@brownrudnick.com
>adash@brownrudnick.com
>
>and
>
>James G. McLean, Esquire
>Manion McDonough & Lucas, P.C.
>600 Grant Street, Suite 1414
>Pittsburgh, PA  15219
>Telephone: (412) 232-0200
>Facsimile: (412) 232-0206
>jmclean@mmlpc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, plans of reorganization and liquidation, and disclosure statements, whether transmitted or conveyed by mail, hand delivery, overnight delivery service, telephone, facsimile, e-mail or otherwise filed or given with regard to the referenced case and the proceedings herein.

PLEASE TAKE FURTHER NOTICE that the *Ad Hoc* Lenders' Committee intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (i) the *Ad Hoc* Lenders' Committee's right to have final orders in non-core matters

entered only after <u>de novo</u> review by a United States District Judge; (ii) the *Ad Hoc* Lenders' Committee's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) the *Ad Hoc* Lenders' Committee's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the *Ad Hoc* Lenders' Committee is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the *Ad Hoc* Lenders' Committee expressly reserves.

Pittsburgh, Pennsylvania
November 20, 2006

Respectfully submitted,

MANION MCDONOUGH & LUCAS, P.C.
600 Grant Street, Suite 1414
Pittsburgh, PA  15219
(412) 232-0200 (Phone)
(412) 232-0206 (Fax)
jmclean@mmlpc.com


By: s/s James G. McLean
    James G. McLean


-and-

**BROWN RUDNICK BERLACK ISRAELS LLP**
Edward S. Weisfelner
Robert J. Stark
Andrew Dash
Seven Times Square
Times Square Tower
New York, New York 10036
(212) 209-4800

3

William M. Dolan III
121 South Main Street
Providence, Rhode Island 02903
(401) 276-2600

Counsel to the *Ad Hoc* Lenders' Committee