IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

LE–NATURE'S, INC., LE–NATURE'S
HOLDINGS, INC., and TEA SYSTEMS
INTERNATIONAL, LLC,

        Debtors.

Jointly Administered at
Case No. 06–25454–MBM

Chapter 11

Docket No.

Related to Docket No. #522

## ORDER AUTHORIZING RETENTION
## OF THE GARDEN CITY GROUP, INC. PURSUANT TO 28 U.S.C. §156(c)
## AS NOTICE, CLAIMS AND BALLOTING AGENT FOR THE DEBTORS

Upon consideration of the application of the above–captioned debtors and debtors–in–possession (collectively, the "Debtors"), for an order appointing The Garden City Group, Inc. ("GCG") as the Debtor's notice, claims and balloting agent pursuant to 28 U.S.C. §156(c) (the "Application"); and upon the Affidavit of Michael Sherin, its Chairman, in support of the Application; and it appearing that the relief sought pursuant to the Application is in the best interests of the Debtors and their estates and creditors; and due and adequate notice having been given;

And it appearing that the docketing and maintenance of proofs of claim would be unduly time consuming and burdensome for the Office of the Clerk of the Bankruptcy Court (the "Clerk's Office");

And it appearing that pursuant to 28 U.S.C. § 156(c), the Court may utilize outside agents and facilities for the purpose of mailing, receiving, docketing, maintaining, photocopying and transmitting proofs of claim and for the other services set forth in the

{P0094426.1}

Application, and the Court being satisfied that GCG has the capability and experience to perform such services;

And it appearing that no other or further notice of the Application need be given;

And good and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that Debtors are authorized to enter in to the Agreement and to retain GCG *nunc pro tunc* to December 8, 2006 as its notice, claims and balloting agent pursuant to the terms set forth in the Retention Agreement, attached as Exhibit A to the Application, and GCG is authorized to perform the services described in the Application and Retention Agreement; and it is further

ORDERED that the Debtors are authorized to execute such documents, take such action and do such things as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED that GCG shall be authorized to perform such other tasks as the Debtors requested in the Application; and it is further

ORDERED that upon the receipt of reasonably detailed statements of expenses and charges, the Debtors are authorized and empowered to compensate GCG without further Court order for services rendered, plus reimbursement of all reasonable and necessary expenses incurred, in accordance with the Agreement.

Dated: 2/6, 2007

United States Bankruptcy Judge

FILED

{P0094426.1}