# EXHIBIT "G"

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LE-NATURE'S, INC., <u>et al.</u>,<br><br>                  Debtors. | )   Case No. 06-25454 (MBM)<br>)   Chapter 11<br>)<br>)   Jointly Administered<br>)<br>)   Related to Document Nos. 1459, 1560 and<br>)   1596 |
| R. TODD NEILSON, CHAPTER 11 TRUSTEE,<br><br>                  Movant,<br><br>v.<br><br>NO RESPONDENT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REPORT OF SALE OF LATROBE FACILITY

**Property:** Real and Personal Property defined as the "Property" in that certain Amended and Restated Asset Purchase Agreement between R. Todd Neilson, Chapter 11 Trustee of Le-Nature's, Inc. and Cadbury Schweppes Bottling Group, Inc., as the same was amended prior to closing

**Seller:** R. Todd Neilson, Chapter 11 Trustee of Le-Nature's, Inc. (the "Trustee")

**Purchaser:** CS Acquisition, L.P., as designee of Cadbury Schweppes Bottling Group, Inc. ("Buyer")

Please be advised that on October 9, 2007, and pursuant to Court orders dated August 9, 2007, August 31, 2007, and September 25, 2007 [Docket Nos. 1526, 1576 and 1623, respectively], the Trustee completed the sale of the Property to Buyer for a purchase price of $19 million. A copy of the Settlement Statement from the closing is attached hereto as Exhibit A.

In accordance with this Court's Order dated October 4, 2007 [Docket No. 1643], $8 million of the sale proceeds were paid to the joint venture of Gordon Brothers Industrial, LLC and Harry Davis & Company as repayment of the Advance (as that term is used in such Order). Additional closing costs paid by the Trustee totaled $205,371.43. On October 9, 2007, the Trustee also received $4,273,346.69 from Giant Eagle, Inc., representing the forfeiture of Giant

Eagle's $2 million deposit plus accrued interest of $23,346.69 and the $2.25 million settlement payment. The Trustee therefore has received total net consideration of $15,145,040.27 and will receive $248.88 in additional accrued interest on the Giant Eagle deposit, for total net consideration of $15,145,289.15 ("Net Sale and Settlement Proceeds").

Subject to the Court's approval, the Trustee will distribute the Net Sale and Settlement Proceeds in accordance with a motion to be filed in the near future that will propose the terms of such distribution.

Dated: October 17, 2007              **SPILMAN THOMAS & BATTLE, PLLC**


By: */s/ James H. Joseph*
James H. Joseph (PA ID 82087)
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
Phone: 412-325-3301
Fax: 412-325-3324

and

**PACHULSKI STANG ZIEHL & JONES LLP**
Bruce Grohsgal (PA Bar No. 42775)
Richard M. Pachulski
Debra I. Grassgreen
Ilan D. Scharf
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400


Attorneys for R. Todd Neilson,
the Chapter 11 Trustee for the Debtors

# EXHIBIT A

# A. Settlement Statement

**U.S. Department of Housing and Urban Development**

OMB No. 2502-0265

(1)

## B. Type of Loan

| 1. ☐ FHA 2. ☐ FmHA 3. ☐ Conv Unins | 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|---|
| 4. ☐ VA 5. ☐ Conv Ins. 6. ☐ Seller Finance | 410007004 | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| CS Acquisition, L.P., A Pennsylvania limited partnership | R. Todd Neilson, Chapter 11 Trustee | |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| Lloyd Avenue and Unity Township Westmoreland County PA | Lawyers Title Insurance Corporation One PPG Place 12th Floor Pittsburgh, PA 15222 Tax ID: 540278740 |

| Place of Settlement | I. Settlement Date |
|---|---|
| Lawyers Title Insurance Corp. One PPG Place 12th Floor Pittsburgh, PA 15222 | 10/9/2007 Fund: |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | | |
|---|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | | |
| 101. Contract Sales Price | $19,000,000.00 | 401. Contract Sales Price | | $19,000,000.00 |
| 102. Personal Property | | 402. Personal Property | | |
| 103. Settlement Charges to borrower | $48,745.38 | 403. | | |
| 104. | | 404. | | |
| 105. | | 405. | | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | | |
| 106. City/Town Taxes 10/10/07 thru 12/31/07 | $5,762.67 | 406. City/Town Taxes 10/10/07 thru 12/31/07 | | $5,762.67 |
| 107. County property taxes 10/10/07 thru 12/31/07 | $6,862.69 | 407. County property taxes 10/10/07 thru 12/31/07 | | $6,862.69 |
| 108. School Tax 10/10/07 thru 06/30/08 | $64,412.08 | 408. School Tax 10/10/07 thru 06/30/08 | | $64,412.08 |
| 109. City of Pittsburgh School | | 409. City of Pittsburgh School | | |
| 110. Fire 10/10/07 thru 12/31/07 | $27.57 | 410. Fire 10/10/07 thru 12/31/07 | | $27.57 |
| 111. Other Proration | | 411. Other Proration | | |
| 112. | | 412. | | |
| 113. | | 413. | | |
| 114. | | 414. | | |
| 115. | | 415. | | |
| 116. | | 416. | | |
| **120. Gross Amount Due From Borrower** | $19,125,810.39 | **420. Gross Amount Due to Seller** | | $19,077,065.01 |
| **200. Amounts Paid By or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | | |
| 201. Deposit or earnest money | $2,000,000.00 | 501. Excess Deposit | | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | | $8,205,371.43 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | | |
| 204. Commitment fee | | 504. Payoff of first mortgage loan | | |
| 205. | | 505. Payoff of second mortgage loan | | |
| 206. Interest on Hand Money | $9,847.66 | 506. | | |
| 207. | | 507. | | |
| 208. | | 508. | | |
| 209. | | 509. | | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | | |
| 210. City/Town Taxes | | 510. City/Town Taxes | | |
| 211. County property taxes | | 511. County property taxes | | |
| 212. School Tax | | 512. School Tax | | |
| 213. City of Pittsburgh School | | 513. City of Pittsburgh School | | |
| 214. Fire | | 514. Fire | | |
| 215. Other Proration | | 515. Other Proration | | |
| 216. | | 516. | | |
| 217. | | 517. | | |
| 218. | | 518. | | |
| 219. | | 519. | | |
| **220. Total Paid By/For Borrower** | $2,009,847.66 | **520. Total Reduction Amount Due Seller** | | $8,205,371.43 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | | |
| 301. Gross Amount due from borrower (line 120) | $19,125,810.39 | 601. Gross Amount due to seller (line 420) | | $19,077,065.01 |
| 302. Less amounts paid by/for borrower (line 220) | $2,009,847.66 | 602. Less reductions in amt. due seller (line 520) | | $8,205,371.43 |
| **303. Cash From Borrower** | $17,115,962.73 | **603. Cash To Seller** | | $10,871,693.58 |

form HUD-1 (3/86)
Handbook 4305.2

## L. Settlement Charges

| 700. Total Sales/Broker's Commission based on price | @ % = $0.00 | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 701. $0.00 | to | | |
| 702. | to | | |
| 703. Commission Paid at Settlement | | $0.00 | $0.00 |
| 704. Advance | to Harry Davis & Company & Gordon Brothers Industrial LLC | | $8,000,000.00 |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Loan Origination Fee % | to | | |
| 802. Loan Discount % | to | | |
| 803. Appraisal Fee | to | | |
| 804. Credit Report | to | | |
| 805. Lender's Inspection Fee | to | | |
| 806. Mortgage Insurance Application | to | | |
| 807. Underwriting Fee | to | | |
| 808. Doc Prep Fee | to | | |
| **900. Items Required by Lender To Be Paid in Advance** | | | |
| 901. Interest from to @ $0/day | | | |
| 902. Mortgage Insurance Premium for months | to | | |
| 903. Hazard Insurance Premium for years | to | | |
| **1000. Reserves Deposited With Lender** | | | |
| 1001. Hazard insurance | months @ per month | | |
| 1002. Mortgage insurance | months @ per month | | |
| 1003. City/Town Taxes | months @ per month | | |
| 1004. County property taxes | months @ per month | | |
| 1005. School Tax | months @ per month | | |
| 1006. City of Pittsburgh School | months @ per month | | |
| 1007. Other Proration | months @ per month | | |
| 1008. Other Proration | months @ per month | | |
| 1009. Other Proration | months @ | | |
| 1010. | months @ | | |
| 1011. Aggregate Adjustment | | | |
| **1100. Title Charges** | | | |
| 1101. Settlement or closing fee | to | | |
| 1102. Abstract or title search | to | | |
| 1103. Title examination | to | | |
| 1104. Title insurance binder | to | | |
| 1105. Loan Closing Fee | to | | |
| 1106. Notary fees | to | | |
| 1107. Attorney's fees | to | | |
| (includes above items numbers: ) | | ■ | |
| 1108. Title insurance | to Lawyers Title Insurance Corporation | $10,395.38 | |
| (includes above items numbers: ) | | ■ | |
| 1109. Lender's coverage | $0.00/$0.00 | ■ | |
| 1110. Owner's coverage | $3,830,000.00/$10,395.38 | ■ | |
| 1111. | to | | |
| 1112. Courier / Delivery Fee | to | | |
| 1113. Closing Protection Letter | to | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Recording Fees Deed $50.00 ; Mortgage ; Releases | | $50.00 | |
| 1202. City/County Tax/Stamps: Transfer Tax Deed $38,300.00 ; Mortgage to Westmoreland County Recorder | | $19,150.00 | $19,150.00 |
| 1203. State Tax/Stamps: Transfer Tax Deed $38,300.00 ; Mortgage to Westmoreland County Recorder | | $19,150.00 | $19,150.00 |
| 1204. | to | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Survey | to | | |
| 1302. Taxes/Lien Letters | to Lawyers Title Insurance Corporation | | $750.00 |
| 1303. Corporate Taxes | to Commonwealth of PA, Department of Revenue | | $6,899.00 |
| 1304. 2007 Real Estate Taxes (#150390182) | to City of Latrobe | | $56.50 |
| 1305. 2007 Real Estate Taxes (#6119000195) | to MARK J. BURKARDT | | $2,027.87 |
| 1306. 2007 Real Estate Taxes (#6119000019560501) | to MARK J. BURKARDT | | $3,535.63 |
| 1307. Supplements/Sur Charge (#0501) | to MARK J. BURKARDT | | $3,976.07 |
| 1308. Water Charges (25-A-R) | to Municipal Authority of Westmoreland Co. | | $2,032.07 |
| 1309. | to | | |
| 1310. 2007 Real Estate Taxes (#6119000191) | to MARK J. BURKARDT | | $2,322.35 |
| 1311. 2007 Real Estate Taxes (#150300486) | to City of Latrobe | | $115,983.22 |
| 1312. 2007 Real Estate Taxes (#1503100021) | to City of Latrobe | | $8,612.02 |
| 1313. 2007 Real Estate Taxes (#1503100055) | to City of Latrobe | | $8,597.33 |
| 1314. Water/Sewage Charges | to Latrobe Municipal Water Authority | | $210.27 |
| 1315. 2007 Real Estate Taxes (#1503100023) | to City of Latrobe | | $159.32 |
| 1316. 2007 Real Estate Taxes (#1503100024) | to City of Latrobe | | $236.15 |
| 1317. 2007 Real Estate Taxes (#1503100025) | to City of Latrobe | | $236.15 |
| 1318. 2007 Real Estate Taxes (#1503100026) | to City of Latrobe | | $159.32 |
| 1319. 2007 Real Estate Taxes (#1503100027) | to City of Latrobe | | $159.32 |
| 1320. 2007 Real Estate Taxes (#1503100028) | to City of Latrobe | | $159.32 |

File No. 410007004

| | | | |
|---|---|---|---|
| 1321. 2007 Real Estate Taxes (#1503100029) | to City of Latrobe | | $198.85 |
| 1322. 2007 Real Estate Taxes (#1503100030) | to City of Latrobe | | $218.07 |
| 1323. 2007 Real Estate Taxes (#1503100031) | to City of Latrobe | | $168.36 |
| 1324. 2007 Real Estate Taxes (#1503100054) | to City of Latrobe | | $289.24 |
| 1325. Duplicate Tax Bill Fees | to City of Latrobe | | $70.00 |
| 1326. Duplicate Tax Bill Fees | to Unity Township Tax Collector | | $15.00 |
| 1327. Addl Water/Sewer/Taxes/Penalty/Interest | to Lawyers Title Insurance Corporation | | $10,000.00 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | $48,745.38 | $8,205,371.43 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

CS Acquisition, L.P., A Pennsylvania limited partnership          R. Todd Neilson, Chapter 11 Trustee


By _____          By _____


Address _____          Address _____

SETTLEMENT AGENT CERTIFICATION
The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.


_____    _____
Settlement Agent                              Date
**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete          Page 3          form HUD-1 (3/86)
                                                                Handbook 4305.2