# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> LE-NATURE'S, INC., et al.,[1] <br><br> Liquidating Debtors. <br><br> ――――――――――――――――――― <br><br> MARC S. KIRSCHNER, LIQUIDATION TRUSTEE OF THE LE-NATURE'S LIQUIDATION TRUST, <br><br> Objector, <br><br> v. <br><br> ALLEGHENY MILLWORK & LUMBER, <br><br> Claimant. | Case No. 06-25454 (MBM) <br> Chapter 11 <br><br> Substantively Consolidated <br><br> [Related to Docket No. 2552] |

## STIPULATION RE DISPOSITION OF LIQUIDATION TRUSTEE'S OBJECTION TO SCHEDULED CLAIM OF ALLEGHENY MILLWORK & LUMBER AND PROPOSED ORDER THEREON

Marc S. Kirschner, the Liquidation Trustee (the "Liquidation Trustee") of the Le-Nature's Liquidation Trust and Allegheny Millwork & Lumber ("Allegheny"), stipulate as follows:

 1. The Debtor scheduled a claim in favor of Allegheny in the sum of $3,494.62 as a general unsecured non-priority claim.

 2. On October 30, 2008, the Liquidation Trustee filed an adversary proceeding against Allegheny encaptioned *Marc S. Kirschner, the Liquidation Trustee of the Le-*

---

[1] The Substantively Consolidated Debtors are the following entities: Le-Natures, Inc., Le-Nature's Holdings, Inc., and Tea Systems International, LLC.

59909-004\DOCS_LA:206402.1

*Nature's Liquidation Trust v. Allegheny Millwork & Lumber, et al.* (Case No. 08-2495) (the "Adversary Proceeding") in which the Liquidation Trustee seeks to recover $244,627.52 from Allegheny in relation to payments the Debtor caused to be made to Allegheny in relation to the Allegheny Training Center on the grounds that said payments are avoidable pursuant to 11 U.S.C. §§ 544, 548 and 550 as fraudulent transfers.

3. Allegheny answered the Complaint in the Adversary Proceeding, which Adversary Proceeding is in the discovery stage.

4. On July 14, 2009, the Liquidation Trustee filed the *Liquidation Trustee's Objection to the Scheduled Claim of Allegheny Millwork & Lumber* [Docket No. 2552] (the "Objection"), objecting to the Allegheny Scheduled Claim pursuant to 11 U.S.C. § 502(d) by reason of the as yet unresolved fraudulent transfer claims asserted in the Adversary Proceeding.

5. In the interests of judicial and litigation economy, it is stipulated that any hearing on the Objection be held in conjunction with trial of the Adversary Proceeding and any mediation proceedings in advance thereof.

Dated: August 12, 2009

SPILMAN THOMAS & BATTLE, PLLC

By: _____
James H. Joseph (PA ID 82087)
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 325-3301
Facsimile: (412) 325-3324

And

PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski (CA Bar No. 90073)
Debra Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (PA Bar No. 42775)
Steven J. Kahn (CA Bar No. 076933)
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: rpachulski@pszjlaw.com
  dgrassgreen@pszjlaw.com
  bgrohsgal@pszjlaw.com
  skahn@pszjlaw.com

Counsel for Marc S. Kirschner, the Liquidation Trustee

Dated: August 11, 2009                SHERRARD GERMAN & KELLY, P.C.

                                      By: /s/ Gary Philip Nelson
                                          Gary Philip Nelson
                                          Two PNC Plaza, 20th Floor
                                          620 Liberty Avenue
                                          Pittsburgh, PA 15222
                                          Telephone: (412) 355-0200
                                          Facsimile: (412) 261-6221

                                      Counsel for Allegheny Millwork & Lumber

## ORDER

**GOOD CAUSE** appearing therefore, and pursuant to Stipulation between the parties,

It is so ordered.

Dated: 8/13, 2009                     BY THE COURT:

                                      /s/ M. Bruce McCullough
                                      Honorable M. Bruce McCullough
                                      Chief United States Bankruptcy Judge

59909-004\DOCS_LA:206402.1

FILED
AUG 14 2009
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA